IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BRAD CURTIS**                                                                 **PLAINTIFF**

v.                                    Case No. 4:25-CV-00205-JM-JTK

**FAULKNER COUNTY DETENTION CENTER**
**UNIT 1**                                                                              **DEFENDANT**

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE